AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>MAGARITO BENIGNO LOPEZ-HERRERA<br><br>*Defendant(s)* | )<br>)  Case No. 2:14mj57-WC<br>)<br>)<br>)<br>) |

RECEIVED
2014 MAY 12  A 11: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIS. ALA.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 1, 2014, in the county of Autauga in the Middle District of Alabama, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Re-entry of removed alien |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

CHARLES L ANDERSON IEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/12/2014

_____
Judge's signature

City and state: Montgomery, AL       Wallace Capel, Jr., U.S. Magistrate Judge
Printed name and title

ATTACHMENT A

## AFFIDAVIT IN CRIMINAL COMPLAINT

I, Charles L Anderson Jr., being duly sworn, depose and state:

I am an Immigration Enforcement Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Office of Enforcement and Removal Operations (ERO) in Montgomery, Alabama. I have been so employed for 5 years. As part of my daily duties as an Immigration Enforcement Agent, I investigate criminal violations relating to immigration and nationality laws.

On May 1, 2014, (ERO) was contacted by the Autauga County Jail in Prattville, Alabama in reference to Lopez, Marito, later identified as LOPEZ-Herrera, Magarito. LOPEZ-Herrera had been arrested and charged with Driving under the Influence of Alcohol and was booked into the Autauga County Jail. The officer requested that Immigration and Customs Enforcement (ICE) Criminal Alien Program (CAP) perform an immigration check on the subject. Agent Anderson travel to the Autauga County jail to interview Mr. LOPEZ-Herrera. LOPEZ-Herrera advised that he was illegally present in the United States and that he illegally entered in 2012. A copy of LOPEZ-Herrera's fingerprints was received prior to departing the jail. Upon returning to the ICE office, LOPEZ-Herrera's fingerprints were scanned into the Enforcement Case Tracking System (ENFORCE), the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) databases. The (IDENT) database revealed an alert advising that LOPEZ-Herrera was a removed alien with the Alien Registration #201 141 938. (IDENT) also indicated that LOPEZ-Herrera had been arrested by Immigration Officers on three different occasions. All three arrests resulted in a removal from the United States to Mexico. (IAFIS) database revealed FBI# 323603KD7 which revealed an immigration arrest in Montgomery, AL. (IAFIS) also revealed criminal arrests in Alabama for Driving under the Influence of Alcohol, Simple Assault-DV3rd, Failure to Appear, and Public Intoxication. An immigration detainer was placed on LOPEZ-Herrera, Magarito by Agent Anderson based on the information obtained and the record check performed. Agent Anderson requested that the Alien Registration file A201141928 064 be sent expeditiously to ICE/ERO Montgomery, Alabama for further review. The National Record Center was also contacted to request important removal documents from the alien file.

On May 5, 2014 LOPEZ-Herrera's removal documents from his previous deportation were received via E-mail. These documents indicate that LOPEZ-Herrera, was ordered to be removed to Mexico on February 10, 2011 by an Immigration Judge in Oakdale, La. LOPEZ-Herrera was removed from Alexandria, LA on February 11, 2011 and was given a 10 year ban from entering, attempting to enter, or being in the United States.

Immigration databases indicate that DIAZ-Maldonado has not obtained permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security to reenter the United States legally. An immigration detainer was placed on DIAZ-Maldonado based on the fingerprint results and record checks performed.

ATTACHMENT A

Based on my experience and training , it is my belief that probable cause exists to arrest LOPEZ-Herrera, Magarito for violation of Title 8, United States Code, Section 1326(a), reentry of removed alien without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security. The penalty, upon conviction, for this offense shall be a fine under Title 18, United States Code, or imprisonment not more than 2 years, or both.

Charles L. Anderson Jr., Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement


Sworn to and subscribed before me
This 12th day of May 2014.

United States Magistrate Judge

2